FILED

SEP 30 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **4:25 CR  0499** |
| | ) | CASE NO. _____ |
| ALRICK ROWE, | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1) and (b)(1)(A) |
| Defendant. | ) | **JUDGE ADAMS** |

COUNT 1
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1))

The Grand Jury charges:

1.      On or about August 14, 2024, in the Northern District of Ohio, Eastern Division, Defendant, ALRICK ROWE did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant ALRICK ROWE shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of such violation; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.